1  Becca Wahlquist
   *(Pro hac vice forthcoming)*
2  Michael Paretti
   Nevada Bar No. 13926
3  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
4  Las Vegas, NV 89169
   Telephone: (702) 784-5200
5  Facsimile:  (702) 784-5252
   Email: bwahlquist@swlaw.com
6  Email: mparetti@swlaw.com

7  Attorneys for Defendant
   Credit One Bank, N.A.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EILEEN WALDRON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CREDIT ONE BANK, N.A., a national bank,<br><br>Defendant. | CASE NO.:  2:18-cv-01451-MMD-PAL<br><br>**STIPULATION AND ORDER FOR EXTENSION TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Eileen Waldron ("Plaintiff") and Defendant Credit One Bank, N.A. ("Credit One"), by and through their undersigned counsel (collectively, the "Parties"), for good cause shown, hereby stipulate and agree to extend Credit One's deadline to respond to Plaintiff's Complaint [ECF No. 1] to October 1, 2018 for the following reasons:

1.  Plaintiff served the Complaint and Summons on Credit One on August 9, 2018.

2.  Credit One's Answer is currently due August 30, 2018.

3.  Counsel for Credit One was only recently retained, and requires additional time to locate, organize, and review the relevant documents and prepare the appropriate response.

4.  On August 27, 2018, the Parties agreed to the extension requested herein.

5.  This stipulated extension request is sought in good faith and is not made for the purpose of delay.

Therefore, the Parties jointly agree to extend Credit One's deadline to respond to Plaintiff's Complaint to October 1, 2018.

DATED: August 27, 2018

KAUFMAN P.A.

By: */s/ Avi R. Kaufman*
Avi R. Kaufman
*(Pro hac vice pending)*
400 NW 26th St.
Miami, FL 33127

Theresa Mains, P.A.
2251 N. Rampart Blvd., Suite 102
Las Vegas, NV 89128

*Attorneys for Plaintiff Eileen Waldron and the putative Classes*

DATED: August 27, 2018

SNELL & WILMER L.L.P.

By: */s/ Michael Paretti*
Becca Wahlquist
*(Pro hac vice forthcoming)*
Michael Paretti
Nevada Bar No. 13926
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169

*Attorneys for Defendant Credit One Bank, N.A.*

**ORDER**

**IT IS ORDERED** that Credit One shall respond to Plaintiff's Complaint on or before October 1, 2018.

DATED: __August 30__, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER FOR EXTENSION TO RESPOND TO COMPLAINT** by the method indicated:

☒ **BY ELECTRONIC SUBMISSION:** submitted to the above-entitled Court for electronic filing and service upon the Court's Service List for the above-referenced case.

DATED this 27th day of August, 2018.

*/s/ Maricris Williams*
An Employee of Snell & Wilmer L.L.P.

4845-3446-8465.1