Becca Wahlquist
*(Pro hac vice)*
Michael Paretti
Nevada Bar No. 13926
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: bwahlquist@swlaw.com
Email: mparetti@swlaw.com

Attorneys for Defendant
Credit One Bank, N.A.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EILEEN WALDRON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CREDIT ONE BANK, N.A., a national bank,<br><br>Defendant. | CASE NO.: 2:18-cv-01451-MMD-PAL<br><br>**STIPULATION AND ORDER FOR EXTENSION TO RESPOND TO COMPLAINT**<br><br>**(SECOND REQUEST)** |

Plaintiff Eileen Waldron ("Plaintiff") and Defendant Credit One Bank, N.A. ("Credit One"), by and through their undersigned counsel (collectively, the "Parties"), for good cause shown, hereby stipulate and agree to extend Credit One's deadline to respond to Plaintiff's Complaint [ECF No. 1] by fifteen (15) days, to October 16, 2018. This is the Parties' second extension request. In support of their request, the Parties stipulate and agree as follows:

1. Plaintiff served the Complaint and Summons on Credit One on August 9, 2018.

2. Credit One's response to that Complaint is currently due October 1, 2018.

3. Recently, Credit One has provided Plaintiff with records regarding Plaintiff's claims and Credit One's defenses, in an effort to discuss the merits of the action and to determine in good faith whether the claims might be resolved before further action in the litigation is required.

4. The Parties are thus reviewing these records and discussing early resolution alternatives.

5. If the Parties can resolve this matter before Credit One needs to respond to the Complaint, it will preserve both the Parties' and the Court's resources.

6. For that reason, on September 25, 2018, the Parties agreed to the further short extension requested herein.

7. This stipulated extension request is sought to continue the Parties' good faith efforts to resolve this dispute and is not made for the purpose of delay.

Therefore, the Parties jointly agree to extend Credit One's deadline to respond to Plaintiff's Complaint to October 16, 2018.

DATED: September 25, 2018

KAUFMAN P.A.

By: */s/ Avi R. Kaufman*
Avi R. Kaufman
*(Pro hac vice)*
400 NW 26th St.
Miami, FL 33127

Theresa Mains, P.A.
2251 N. Rampart Blvd., Suite 102
Las Vegas, NV 89128

*Attorneys for Plaintiff Eileen Waldron and the putative Classes*

DATED: September 25, 2018

SNELL & WILMER L.L.P.

By: */s/ Michael Paretti*
Becca Wahlquist
*(Pro hac vice)*
Michael Paretti
Nevada Bar No. 13926
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169

*Attorneys for Defendant Credit One Bank, N.A.*

## ORDER

**IT IS ORDERED** that Credit One shall respond to Plaintiff's Complaint on or before October 16, 2018.

DATED: September 28, 2018.

UNITED STATES MAGISTRATE JUDGE

# **CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER FOR EXTENSION TO RESPOND TO COMPLAINT** by the method indicated:

☒ **BY ELECTRONIC SUBMISSION:** submitted to the above-entitled Court for electronic filing and service upon the Court's Service List for the above-referenced case.

DATED this 25th day of September, 2018.

*/s/ Maricris Williams*
An Employee of Snell & Wilmer L.L.P.

4848-2403-4676.2