Becca Wahlquist
*(Pro hac vice)*
Michael Paretti
Nevada Bar No. 13926
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: bwahlquist@swlaw.com
Email: mparetti@swlaw.com

Attorneys for Defendant
Credit One Bank, N.A.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EILEEN WALDRON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CREDIT ONE BANK, N.A., a national bank,<br><br>Defendant. | CASE NO.:  2:18-cv-01451-MMD-PAL<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF EILEEN WALDRON AND DEFENDANT CREDIT ONE BANK** |

Plaintiff, Eileen Waldron, and Defendant, Credit One Bank, N.A. ("Credit One"), have reached an agreement in principle to resolve all claims in the above-captioned action. Therefore, Waldron and Credit One jointly request that the Court vacate all pending deadlines and filing requirements in this matter. The parties anticipate filing a Stipulation for Dismissal of the Action as to Waldron's claims against Credit One, with prejudice, within 60 days of this Notice. Claims of the putative class members will be dismissed without prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, Waldron and Credit One request that the Court set a deadline sixty (60) days from today for either: 1) dismissing Waldron's claims against Credit One; or 2) filing a joint status report regarding settlement.

DATED: October 16, 2018

KAUFMAN P.A.

By: */s/ Avi R. Kaufman*
Avi R. Kaufman
*(Pro hac vice)*
400 NW 26th St.
Miami, FL 33127

Theresa Mains, P.A.
2251 N. Rampart Blvd., Suite 102
Las Vegas, NV 89128

*Attorneys for Plaintiff Eileen Waldron*

DATED: October 16, 2018

SNELL & WILMER L.L.P.

By: */s/ Michael Paretti*
Becca Wahlquist
*(Pro hac vice)*
Michael Paretti
Nevada Bar No. 13926
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169

*Attorneys for Defendant Credit One Bank, N.A.*

## CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF EILEEN WALDRON AND DEFENDANT CREDIT ONE BANK** by the method indicated:

☒ **BY ELECTRONIC SUBMISSION:** submitted to the above-entitled Court for electronic filing and service upon the Court's Service List for the above-referenced case.

DATED this 16th day of October, 2018.

> /s/ Maricris Williams
> An Employee of Snell & Wilmer L.L.P.

4842-2694-7704.2