Theresa Mains, P.A.
2251 N. Rampart Boulevard, Suite 102
Las Vegas, Nevada 89128
Phone: (954) 520-1775
theresa@theresamainspa.com

Avi R. Kaufman (Fl Bar No. 84382)
(Admitted *pro hac vice*)
Kaufman P.A.
kaufman@kaufmanpa.com
400 NW 26th Street
Miami, FL 33127
Phone: (305) 469-5881

*Attorneys for Plaintiff and the putative Classes*
(additional counsel appear on signature block)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| EILEEN WALDRON, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>CREDIT ONE BANK, N.A., a national bank,<br><br>*Defendant*. | Case No. 2:18-cv-01451-MMD-PAL |

### NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Eileen Waldron hereby dismisses her claims against Defendant Credit One Bank, N.A. with prejudice with each party to bear its own attorneys' fees and costs.

                                                Respectfully submitted,

                                                **EILEEN WALDRON** individually and on behalf of all others similarly situated,

Dated:  November 5, 2018                    */s/ Theresa Mains*
                                                Theresa Mains
                                                Theresa Mains, P.A.
                                                2251 N. Rampart Boulevard, Suite 102
                                                Las Vegas, Nevada 89128

Phone: (954) 520-1775
theresa@theresamainspa.com

Avi R. Kaufman* (Fl Bar No. 84382)
Kaufman P.A.
kaufman@kaufmanpa.com
400 NW 26th Street
Miami, FL 33127
Phone: (305) 469-5881

Stefan Coleman* (Fl Bar No. 30188)
law@stefancoleman.com
LAW OFFICES OF STEFAN COLEMAN, P.A.
201 S. Biscayne Blvd, 28th Floor
Miami, Fl 33131
Tel: 877.333.9427
Fax: 888.498.8946

*Admitted *pro hac vice*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 5, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

                                                            */s/ Theresa Mains*